IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER PHARMA AG, BAYER INTELLECTUAL PROPERTY GmbH, and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-01592-LPS-CJB |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BAYER PHARMA AG, BAYER INTELLECTUAL PROPERTY GmbH, and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-01726-LPS-CJB |
| WATSON LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **3rd day of April, 2013.**

WHEREAS, on March 8, 2013, the Court held a teleconference pursuant to Federal Rule of Civil Procedure 16 with counsel for Plaintiffs Bayer Pharma AG, Bayer Intellectual Property GmbH, and Bayer Healthcare Pharmaceuticals Inc. ("Bayer"), Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin"), and Defendant Watson Laboratories, Inc. ("Watson") in these

1

related actions;

WHEREAS, during that teleconference, the parties discussed certain confidential and sensitive business information regarding Watson;

WHEREAS, on March 27, 2013, Watson moved to redact portions of the transcript from that teleconference before it became publically available, (Civil Action No. 12-1726-LPS-CJB, D.I. 28), in accordance with this Court's Policy on the Electronic Availability of Transcripts of Court Proceedings (available at www.ded.uscourts.gov/sites/default/files/forms/Transcripts-DE.pdf);

WHEREAS, Watson's proposed redactions consist of the following:

    Page 25, line 25;

    Page 26, entire page;

    Page 27, entire page; and

    Page 28, lines 1–22;

WHEREAS, Bayer does not oppose Watson's motion (D.I. 28 at 2); and

WHEREAS, the Court finds that good cause exists to believe that disclosure of those portions of the transcript would work a "clearly defined and serious injury" to Watson, *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted), in that the redactions relate to certain confidential and sensitive business information regarding Watson;

THEREFORE, it is HEREBY ORDERED that:

1.    Defendant Watson's unopposed motion is GRANTED.

2.    The electronic transcript from the March 8, 2013 teleconference shall be sealed, and a

redacted version of the transcript, containing the redactions delineated above, shall be filed on the dockets of these related cases by the Clerk of the Court upon receipt from the court reporter.[1]

                                                                           */s/ Christopher J. Burke*
                                                                           Christopher J. Burke
                                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Although Watson filed the motion in its case, and no motion for redaction of the teleconference has been filed in the related case (Civil Action No. 12-01592-LPS-CJB), the Court has issued this Order in both cases, as the transcript from the teleconference will be filed on the dockets of both cases.