IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER PHARMA AG, BAYER INTELLECTUAL PROPERTY GMBH and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | C.A. No. 12-1726 (LPS) (CJB) |

## JOINT STATUS REPORT

Pursuant to the Court's Order (D.I. 157), the parties provide this Joint Status Report advising the Court regarding the dispute as to whether an injunction against Defendant Watson Laboratories should be included as part of a final judgment order. The parties have met and conferred, but have been unable to reach agreement as to how the dispute should be resolved. The parties' competing proposals are set forth below:

**Plaintiffs' Proposal:** Plaintiffs propose a limited letter briefing with accompanying declarations in support, according to the following schedule:

| | |
|---|---|
| Plaintiffs' Opening Letter (no more than 5 pages) | August 9, 2016 |
| Watson's Response Letter (no more than 5 pages) | August 16, 2016 |
| Plaintiffs' Reply Letter (no more than 3 pages) | August 23, 2016 |

Plaintiffs do not believe this narrow issue warrants a more expanded briefing schedule with a sur-reply over the extended period proposed by Watson. Nor do Plaintiffs believe that the Court's invitation to present evidence should extend to additional depositions.

**Watson's Proposal:** Watson also generally agrees to a letter briefing schedule. Unfortunately, Plaintiffs have been unwilling to identify what type of evidence they plan on submitting and whether the evidence is solely from trial or is new post-trial evidence. Watson objects to Plaintiffs relying on any evidence not put forth at trial and objects to any declarations from declarants Watson has not had a chance to depose or cross-examine at trial. Plaintiffs had their opportunity to submit evidence of irreparable harm at trial and in their post-trial briefings, and if they failed to do so, they should not be provided with yet another opportunity to correct their oversight. To the extent Plaintiffs seek leave, and are granted permission, to submit declarations from declarants who have not been deposed or cross-examined by Watson, Watson respectfully requests an opportunity to depose any such declarant concerning the newly identified evidence. In the event Plaintiffs are allowed to submit new post-trial evidence, Watson reserves the right to submit new post-trial evidence for rebuttal purposes.

In lights of these concerns, Watson proposes the following schedule:

| | |
|---|---|
| Plaintiffs' Opening Letter (no more than 5 pages) | August 9, 2016 |
| Watson's Response Letter (no more than 5 pages) | August 23, 2016 or 14 days after declarant(s) deposition(s) if new post-trial evidence is submitted in Plaintiffs' Opening Letter |
| Plaintiffs' Reply Letter (no more than 3 pages) | 7 days after service of Watson's Response Letter |
| Watson's Sur-Reply Letter (no more than 3 pages) | 7 days after service of Plaintiffs' Reply Letter |

Counsel are available at the convenience of the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN ENERIO LLP |
| */s/ Derek J. Fahnestock* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@proctorheyman.com |
| OF COUNSEL: | OF COUNSEL: |
| Adam K. Mortara<br>Brian S. Prestes<br>J. Scott McBride<br>Cindy L. Sobel<br>Asha L.I. Spencer<br>Katherine A. Roin<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654 | Michael K. Nutter<br>James M. Hilmert<br>Joanna F. Cornwell<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>*Attorneys for Defendants*<br>*Watson Laboratories, Inc.* |
| *Attorneys for Plaintiffs*<br>*Bayer Pharma AG, Bayer Intellectual*<br>*Property GmbH, and Bayer HealthCare*<br>*Pharmaceuticals Inc.* | |

July 29, 2016

                                          SO ORDERED this ____ day of _____, 2016.


                                          _____
                                          CHIEF, UNITED STATES DISTRICT JUDGE